## STATEMENT OF FACTS

On Tuesday, September 20, 2005, at about 8:20 p.m., sworn officers with the Metropolitan Police Department's Major Narcotics Branch conducted a traffic stop in the 2200 block of Firth Sterling Avenue, S.E., Washington, D.C.  During the course of the stop, the defendant, Jermaine Lewis, told officers that he was the owner of the car, and he gave officers consent to search the car. A search of the car revealed a loaded Colt .45 caliber handgun underneath the front driver's seat. Officers placed the defendant under arrest.   To the best of the undersigned officer's knowledge, defendant Jermaine Lewis has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F7318-02.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.  To the best of this officer's knowledge there are no Colt .45 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER JASON PEARCE
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE