**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Case No. 05-505 m

United States of America
v.
Jermaine Lewis — Defendant's name

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [X]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

[X] 2) **YOU ARE TO REPORT** — [X] weekly, [X] in person, every Monday TO U.S. District Court — THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.

[X] 3) **YOU ARE TO LIVE** — with _____ (name and relationship to defendant); Curfew 10PM–8AM being in at night by _____ P.M.

4a) **YOU ARE TO WORK** — by obtaining a job within ____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000.

4b) **YOU ARE TO STUDY**

5) **YOU ARE TO STAY** — away from the complaining witness. / Within the D.C. area.

[X] 6) **NARCOTICS** — Report to C-220 by 10/6/05 to arrange weekly Thursday testing @ DC Superior Court

[X] 7) **OTHER CONDITION** — Comply with conditions of your Probation including appearing 10/7/05 at Sup. Court

[X] 8) **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at _____

**NEXT DUE BACK:** in Courtroom 25 at 9:30 AM on 10/26/05

**YOUR ATTORNEY:** Michelle Peterson

**DEFENDANT'S SIGNATURE:** Jermaine Lewis
**WITNESSED BY:** _____

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date: 10/5/05

**SO ORDERED**
Signature of Judge