**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **MAGISTRATE NO. 05-0505M-01 (CR)** |
| **JERMAINE C. LEWIS,** | : | FILED |

OCT 2 1 2005

**DISMISSAL**    NANCY MAY, R WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court

to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge

of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY: *Abby Stavitsky by Judith Rhudy*
ABBY STAVITSKY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 421015
Federal Major Crimes Section
555 4th Street, N.W., Room 4645
Washington, D.C. 20530
(202) 353-8829

APPROVED AND GRANTED THIS _____
DAY OF _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE